

**Service of Process Transmittal**
01/11/2022
CT Log Number 540867551

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Iowa** |
| **FOR:** | Wal-Mart Stores, Inc. (Former Name)  (Domestic State: DE)<br>WALMART INC. (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: BURNS BARBARA // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Notice, Attachment(s), Petition |
| **COURT/AGENCY:** | Warren County - District Court, IA<br>Case # LACV039134 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 06/28/2021 - 1500 N Jefferson Way, Indianola, Warren County, Iowa, 50125 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Des Moines, IA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/11/2022 at 11:15 |
| **JURISDICTION SERVED :** | Iowa |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Samuel J. Aden<br>Law Offices of John T. Hemminger<br>2454 SW Ninth Street<br>Des Moines, IA 50315<br>515-283-2116 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/12/2022, Expected Purge Date: 01/17/2022<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>400 East Court Avenue<br>Des Moines, IA 50309<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

## IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

| | |
|---|---|
| BARBARA BURNS,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.<br><br>Defendants. | Law No.<br><br>ORIGINAL NOTICE |

**TO THE ABOVE-NAMED DEFENDANT(S):**

YOU ARE HEREBY NOTIFIED that a Petition has been filed in the office of the Clerk of this court naming you as the defendant(s) in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiff(s) are Samuel J. Aden, whose address is the Law Offices of John T. Hemminger, 2454 S.W. 9th Street, Des Moines, IA 50315. That attorney's telephone number is (515) 283-2116; facsimile number is (515) 244-6206 and e-mail addresses for service of pleadings are samaden@hemmingerlaw.com.

You must serve a motion or answer within twenty (20) days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of the Iowa District Court for __Warren__ County, at the __Warren__ County Courthouse in __Indianola__, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

This case was filed in a County which utilizes e-filing pursuant to the Chapter 16 Rules. The general rules and information on electronic filing, including the Division VI requirements regarding protection of personal information in Court Filings, can currently be viewed at http://www.iowacourts.gov/Online_Court_Services/EDMS/

If you need assistance to participate in court due to a disability, contact the disability coordinator at: __(515)286-3394.__ Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). Disability coordinators cannot provide legal advice.

(SEAL)

                                              CLERK OF COURT
                                              Warren County Courthouse
                                              Indianola, Iowa 50125

**\*IMPORTANT\***
**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

**Iowa Judicial Branch**

Case No. LACV039134
County Warren

Case Title **BARBARA BURNS V WALMART STORES INC**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued **01/06/2022 03:40:08 PM**



*District Clerk of Court or/by Clerk's Designee of* Warren  County
/s/ **Lori Morris**

E-FILED  2022 JAN 06 2:47 PM WARREN - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

| | |
|---|---|
| BARBARA BURNS, | LAW NO. LACV 039134 |
| Plaintiff, | |
| vs. | |
| WAL-MART STORES, INC., | PETITION AT LAW |
| Defendant. | |

COMES NOW the Plaintiff, Barbara Burns, and for a cause of action against Defendant Wal-Mart Stores, Inc., states to the Court as follows:

### COUNT I - NEGLIGENCE

1. Plaintiff, Barbara Burns, was at all times material hereto a resident of the city of Hartford, Warren County, Iowa.

2. Defendant, Wal-Mart Stores, Inc. (hereinafter "Defendant Wal-Mart"), at all times material hereto was a foreign company doing business in Indianola, Warren County, Iowa.

3. That at all times material herein Barbara Burns was shopping at the Wal-Mart Store in Indianola, Warren County, Iowa.

4. That the amount in controversy exceeds the jurisdictional amount of this Court, exclusive of interest and costs.

5. On or about June 28, 2021, Plaintiff Barbara Burns was shopping at Defendant Wal-Mart's store located at or near 1500 N Jefferson Way, Indianola, Warren County, Iowa 50125.

6. That at all times material herein, Defendant Wal-Mart was in possession and control of the building/premises located at or near 1500 N Jefferson Way, Indianola, Warren County, Iowa 50125.

7. While Plaintiff Barbara Burns was shopping at said store, one of Defendant Wal-Mart's employees struck the shopping cart Plaintiff Barbara Burns was pushing with a forklift or similar machinery, which in turn pinned Plaintiff Barbara Burns between the shopping cart and a display case/store aisle; the impact caused injuries to Barbara Burns as more fully set forth herein.

8. That at the aforementioned time and place, said employee was negligent in the following particulars:

    a. In failing to watch where he was proceeding;

    b. In failing to adequately control the direction of travel of forklift or similar machinery he was operating;

    c. In operating the forklift or similar machinery at an excessive rate of speed, thereby endangering customers of Defendant Wal-Mart;

    d. In failing to watch out/keep a proper lookout for patrons of Defendant Wal-Mart's store; and

    e. In failing to operate the forklift or similar machinery as would a reasonable and prudent person given the circumstances then and there existing.

9. That the negligence of its employee is attributable to Defendant Wal-Mart, as said employee was in the scope of his authority.

10. That at the aforementioned time and place, Defendant Wal-Mart was negligent in the following particulars:

      a.      Failing to properly supervise;

      b.      Failing to properly train;

      c.      Failing to set proper procedure;

11. That the aforesaid negligence of Defendant Wal-Mart was a proximate cause of the resulting injuries to Plaintiff.

12. That by reason of the aforesaid negligence of Defendant Wal-Mart, Plaintiff Barbara Burns has suffered severe injuries to her person; that said injuries are permanent; that as a result of said injuries, the Plaintiff has incurred past medical and hospital expenses; that as a result of said injuries, the Plaintiff will incur medical, hospital and drug expenses in the future; that said injuries have caused Plaintiff pain, suffering and mental anguish and will cause her pain, suffering and mental anguish in the future; that said injuries have caused Plaintiff a loss of function of mind and body and will cause her a loss of function of mind and body in the future; that by reason of all the foregoing, the Plaintiff has been damaged in an amount to be determined by the trier of fact.

13. Plaintiff hereby demands a jury trial of all issues triable to a jury and all issues set forth in the Petition at Law.

WHEREFORE, the Plaintiff, Barbara Burns, prays for judgment against Defendant Wal-Mart in an amount to be determined by the trier of facts; together with interest, as provided by law and for the cost of this action.

## JURY DEMAND

COMES NOW, the Plaintiff, Barbara Burns, and hereby demands a trial by jury with regard to the above-captioned matter.

/S/

Samuel J. Aden, AT0012226
Law Offices of John T. Hemminger
2454 SW Ninth Street
Des Moines, Iowa 50315
Telephone: (515) 283-2116
Facsimile: (515) 244-6206
samaden@Hemmingerlaw.com
**ATTORNEY FOR PLAINTIFF**